# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margharet Saur, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff(s), ) | CV 10-1851-PHX-FJM |
| ) | |
| v. ) | |
| ) | |
| Matrixx Initiatives, Inc., ) | |
| ) | |
| Defendant(s). ) | |

Pursuant to the Court's order filed July 8, 2011 upon the Court's instruction therein, this case is dismissed with prejudice. Each party to bear own costs.

JUDGMENT ENTERED this 15th day of July, 2011.

                                                RICHARD H. WEARE
                                                District Court Executive/Clerk

                                                s/M. Pruneau
                                                By: Deputy Clerk

cc: (all counsel)